**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 MMM PLAN (Individual Adjustment of Debts)**

☐ _____Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Robert W. Jerklin          JOINT DEBTOR: _____    CASE NO: 16-27009-RBR

Last Four Digits of SS #: xxx-xx-4006        Last Four Digits of SS#: _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  36  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $1,070.91   for months  1    to  36   ;
    B.    $_____ for months _____ to _____;
    C.    $_____ for months _____ to _____; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $ 6,660.00 TOTAL PAID $ _____

| | |
|---|---|
| Attorney's Fee: | $3,500.00 |
| MMM Fee: | $2,500.00 |
| TOTAL PAID: | $0.00 |
| Balance Due: | $6,000.00   payable $166.67/month (Months  1  to  36  ) |

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.   Setrus, Inc.                         Arrearage on Petition Date   $MMM
     14523 SW Millikan Way Street    Arrears Payment  $ MMM /month (Months _____ to \_\_\_\_\_)
     Beaverton, OR 97005           Regular MMM Payment  $806.89 /month (Months   1  to  36)
     Acct #:   0899

2.   _____    Arrearage on Petition Date  $_____
     _____    Arrears Payment $_____/month (Months _____ to \_\_\_\_\_)
     _____    Regular LMM Payment   $_____/month (Months \_\_\_ to \_\_\_)
     Acct #:

3.   _____    Arrearage on Petition Date  $_____
     _____    Arrears Payment $_____/month (Months _____ to \_\_\_\_\_)
     _____    Regular Payment $_____/month (Months \_\_\_ to \_\_\_)
     Acct #:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | $ | % | $ | _____ To _____ | |

LF-31 (rev. 01/08/10)

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | $ | % | $ | _____To_____ |   |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____     Total Due $_____
                             Payable  $_____/month  (Months____to____) Regular Payment $_____

Unsecured Creditors:  Pay $ 0.00 /month  (Months 1 to  36 ); Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

2. "The debtor has filed a Verified Motion for Referral to MMM with Setrus Inc.("Lender"), loan number 0899, for real property located at 5504 SW 43rd Terrace, Fort Lauderdale, FL  33314, Broward County, Florida. The parties shall timely comply with all requirements of the Order of Referral to MMM and all Administrative Orders/Local Rules regarding MMM. While the MMM is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, absent Court order to the contrary, the debtor has included a post-petition monthly plan payment (a) with respect to the debtor's homestead, of no less than the lower of the prepetition monthly contractual mortgage payment or 31% of the debtor's gross monthly income (after deducting any amount paid toward HOA fees due for the property) and (b) with respect to income producing property, of no less than 75% of the gross income generated by such property, as a good faith adequate protection payment to the lender. All payments shall be considered timely upon receipt by the trustee and not upon receipt by the lender.

    Until the MMM is completed and the Final Report of Mortgage Modification Mediator is filed, any objection to the lender's proof of claim on the real property described above shall be held in abeyance as to the regular payment and mortgage arrearage stated in the proof of claim only. The debtor shall assert any and all other objections to the proof of claim prior to confirmation of the plan or modified plan.

    If the debtor, co-obligor/co-borrower or other third party (if applicable) and the lender agree to a settlement as a result of the pending MMM, the debtor will file the MMM Local Form "Ex Parte Motion to Approve Mortgage Modification Agreement with Lender" (or Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender) no later than 14 calendar days following settlement. Once the settlement is approved by the Court, the debtor shall immediately amend or modify the plan to reflect the settlement and the lender shall amend its Proof of Claim to reflect the settlement, as applicable.

    If a settlement is reached after the plan is confirmed, the debtor will file a motion to modify the plan no later than 30 calendar days following approval of the settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the settlement.

    In the event the debtor receives any financial benefit from the lender as part of any agreement, the debtor shall immediately disclose the financial benefit to the Court and the trustee and amend or modify the plan accordingly.
    If the lender and the debtor fail to reach a settlement, then no later than 14 calendar days after the mediator's Final Report is filed, the debtor will amend or modify the plan to (a) conform to the lender's Proof of Claim (if the lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended or modified plan provides that the real property is to be surrendered, then the obligations to the lender will be considered "treated

outside the plan" and the lender shall have in rem relief from the automatic stay as to the real property being surrendered. Notwithstanding the foregoing, lender may file a motion to confirm that the automatic stay is not in effect as to the real property.

Confirmation of the plan will be without prejudice to the assertion of any rights the lender has to address payment of its Proof of Claim."

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Jerklin
Debtor:                                            Joint Debtor

Date: 1/22/2017                            Date:

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing motion has been provided via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 22nd day of January 2017.

                                                 /s/CRAIG L. FELDMAN
                                                 CRAIG L. FELDMAN
                                                 Law Offices of Craig Feldman
                                                 300 S. Pine Island Road #306
                                                 Plantation, FL  33324
                                                 Telephone: (954) 888-1739
                                                 Attorneys for Debtor

```
Label Matrix for local noticing      Seterus, Inc. As The Authorized Subservicer   Alliance One
113C-0                               Choice Legal Group, P.A                       Attn: Bankruptcy
Case 16-27009-RBR                    P.O. Box 9908                                 Po Box 2449
Southern District of Florida         Fort Lauderdale, FL 33310-0908                Gig Harbor, WA 98335-4449
Fort Lauderdale
Sun Jan 22 11:20:31 EST 2017

Amca                                 American InfoSource LP as agent for           Ars
2269 S Saw Mill                      T Mobile/T-Mobile USA Inc                     1801 Nw 66th Ave
Elmsford, NY 10523-3832              PO Box 248848                                 Fort Lauderdal, FL 33313-4571
                                     Oklahoma City, OK  73124-8848


Ars Account Resolution               (p)BANK OF AMERICA                            Capital One
1643 Harrison Pkwy Ste 1             PO BOX 982238                                 Attn: Bankruptcy
Sunrise, FL 33323-2857               EL PASO TX 79998-2238                         Po Box 30285
                                                                                   Salt Lake City, UT 84130-0285


Capital One                          Chevron Texaco/ Citicorp                      Choice Legal Group, PA
Attn: Bankruptcy                     Citicorp Credit Svcs/Attn:Centralized Ba      P.O. Box 9908
Pob 30253                            Po Box 790328                                 Fort Lauderdale, FL 33310-0908
Salt Lake City, UT 84130-0253        Saint Louis, MO 63179-0328


Credit Collections Svc               Credit Systems Intl In                        Exeter Finance Corp
Po Box 773                           1277 Country Club Ln                          Po Box 166097
Needham, MA 02494-0918               Fort Worth, TX 76112-2304                     Irving, TX 75016-6097


First Federal Credit C               Hsbc Bank                                     Hudson & Keyse, LLC
24700 Chagrin Blvd                   Po Box 52530                                  Assignee of Bank of Am
Ste 205                              Carol Stream, IL 60196                        400 Interstate N. Pkwy
Cleveland, OH 44122-5662                                                           Suite 800
                                                                                   Atlanta, GA 30339-5027


IC System                            Medical Accounts Syste                        Nationwide Acceptance
Attn: Bankruptcy                     1221 Sw 27th Ave Fl 2                         105 Decker Ct. Suite 725
444 Highway 96 East, Po Box 64378    Miami, FL 33135-4765                          Irving, TX 75062-2815
St. Paul, MN 55164-0378


Office of the US Trustee             (p)PORTFOLIO RECOVERY ASSOCIATES LLC          Publix Employees Fed C
51 S.W. 1st Ave.                     PO BOX 41067                                  P O Box 1000
Suite 1204                           NORFOLK VA 23541-1067                         Lakeland, FL 33802-1000
Miami, FL 33130-1614


Ryan D. Gresten, Esq                 Seterus Inc                                   Stellar Recovery Inc
6974 Griffin Road                    14523 Sw Millikan Way St                      4500 Salisbury Rd Ste 10
Fort Lauderdale, FL 33314-4345       Beaverton, OR 97005-2352                      Jacksonville, FL 32216-8035


Synchrony Bank/ JC Penneys           Synchrony Bank/ Old Navy                      Synchrony Bank/Chevron
Attn: Bankrupty                      Attention:  GEMB                              Attention: Bankruptcy
Po Box 103104                        Po Box 103104                                 Po Box 103104
Roswell, GA 30076-9104               Roswell, GA 30076-9104                        Roswell, GA 30076-9104
```

| | | |
|---|---|---|
| Synchrony Bank/Lowes<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | Triad Financial Corp/Santander<br>Attn: Bankruptcy Department<br>Po Box 105255<br>Atlanta, GA 30348-5255 | Craig L Feldman<br>300 S Pine Island Rd # 306<br>Plantation, FL 33324-2621 |
| Robert W Jerklin<br>5504 SW 43rd Terrace<br>Dania Beach, FL 33314-6712 | Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bankamerica<br>Mc: Nc4-105-03-14<br>4161 Piedmont Pkwy<br>Greensboro, NC 27420 | Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     0<br>Total                  34 |